# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| BRUCE D. WRIGHT, | Case No. 3:19-cv-39 |
| Plaintiff, | District Judge Walter H. Rice |
| | Magistrate Judge Sharon L. Ovington |
| vs. | |
| ZACHARY T. THURBER, *USAF Assistant Staff Judge Advocate*, | |
| Defendant. | |

# ORDER

On February 8, 2019, Plaintiff filed a Motion for Leave to Proceed in Forma Pauperis. (Doc. #1). Shortly thereafter, the undersigned recommended that Plaintiff's Motion be denied. (Doc. # 2). Plaintiff has since paid the civil case filing fee. (Doc. #3). Accordingly, Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. #1) is DENIED as moot, and the Report and Recommendation (Doc. #2) filed on February 11, 2019 is WITHDRAWN.

**IT IS SO ORDERED.**

March 1, 2019                                                *s/Sharon L. Ovington*
                                                             Sharon L. Ovington
                                                             United States Magistrate Judge